UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tracie-Ann Williams,	Case No. 3:17-cv-2524

    Plaintiff,

v.	ORDER

Commissioner of Social Security,

    Defendant.

Before me is the September 18, 2018 Report and Recommendation of Magistrate Judge Jonathan D. Greenberg, recommending I affirm the decision of the Commissioner of Social Security denying the application of *pro se* Plaintiff Tracie-Ann Williams for Disability Insurance Benefits. (Doc. No. 13).

Under federal law, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Walters,* 638 F.2d 947, 949-50 (6th Cir. 1981). The Clerk of Court mailed a copy of the Report and Recommendation to Williams on October 15, 2018. The fourteen-day period elapsed on November 4, 2018, *see* Fed. R. Civ. P. 6(a)(1) and (d), and no objections have been filed.

The failure to file written objections to the Magistrate Judge's Report and Recommendation constitutes a waiver of a determination by the district court of an issue covered in the Report and Recommendation. *Thomas v. Arn,* 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also*

*Walters,* 638 F.2d at 950 (6th Cir. 1981); *Smith v. Detroit Fed'n of Teachers, Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) ("only those specific objections to the magistrate's report made to the district court will be preserved for appellate review").

Following review of the Magistrate Judge's Report and Recommendation, I adopt the Report and Recommendation, (Doc. No. 13), in its entirety as the Order of the Court, and affirm the Commissioner's decision. As the failure to file objections to a magistrate judge's Report and Recommendation also waives appellate review, *Smith*, 829 F.2d at 1373, I decline to issue a certificate of appealability.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge
